January 27, 2012

Mr. Joseph Wesley Dauphinot
Law Office of Wes Dauphinot, P.C.
4025 Woodland Park Blvd., Suite 388
Arlington, TX 76013
Mr. Frederick Wayne 'Fritz' Quast
Taylor Olson Adkins Sralla & Elam LLP
6000 Western Place, Suite 200
Fort Worth, TX 76107-4654

RE: Case Number: 09-0506
 Court of Appeals Number: 02-07-00303-CV
 Trial Court Number: 352-183879-00

Style: JAYANTI PATEL
 v.
 CITY OF EVERMAN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Stephanie |
| |Robinson |